**Order entered December 19, 2019**



In the

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00561-CR
No. 05-19-00712-CR

**RICHARD LEE CORTEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-33286-T & F17-33287-T**

## ORDER

Appellant, who was convicted of two aggravated sexual assault of a child offenses, filed his brief November 7, 2019. In the brief, he identifies the victim by name. The victim was a minor at the time the offense was committed.

A party may not file a brief that discloses the names of any person who was a minor at the time the offense was committed. *See* TEX. R. APP. P. 9.10(b) ("Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined.* Sensitive data consists of . . . a birth date, a home address, and the name of any person who was a minor at the time the offense was committed."). Accordingly, we **STRIKE** appellant's November 7, 2019 brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies any minor victim and any other minor (including witnesses) either generically (for example, "victim" or "victim's younger sister") or by initials only, including when quoting relevant portions of the record or giving a statement of the case.

We **DIRECT** the Clerk to send copies of this order to Franklyn Michelsen Jr. and to the Dallas County District Attorney.


/s/     CORY L. CARLYLE
          JUSTICE